UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

        Plaintiff,

    -v-

David Garlock

        Defendant.            1:08MJ00040-005

---

### SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition imposed against the defendant on August 26, 2009, and entered on August 28, 2009.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

    DATED: Buffalo, New York, September 18, 2009.

                              KATHLEEN M. MEHLTRETTER
                              United States Attorney

                BY:   s/KEVIN D. ROBINSON
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York  14202
                        (716)843-5700, ext. 804
                        Kevin.D.Robinson@usdoj.gov